1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  BLAKE D. STAMM (CTBN 301887)
   Assistant U.S. Attorney

5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200

7
   Attorneys for the United States

8

**FILED**

OCT 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>       Plaintiff,             )<br>                               )<br>       v.                      )<br>                               )<br>JEREMY D. PETICE, aka         )<br>JEREMY D. PIERCE              )<br>       Defendant.             )<br>                               )<br>_____) | CRIMINAL NO. **EMC**<br>3-07-70601<br><br>NOTICE OF PROCEEDINGS ON<br>OUT-OF-DISTRICT CRIMINAL<br>CHARGES PURSUANT TO RULES<br>5(c)(2) AND (3) OF THE FEDERAL RULES<br>OF CRIMINAL PROCEDURE |

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on October 12, 2007, the above-named defendant was arrested based upon an

arrest warrant (copy attached) issued upon a

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe) <u>Violation Notice</u>

pending in the District of Colorado, Case Number F 4091623.

1

1     In that case, the defendant is charged with a violation(s) of Title(s) 16 United States Code,
2 Section 551; 36 CFR 261.52.
3     Description of Charges: On July 14, 2006, the above-named defendant attended a campfire in
4 the Routt National Forest in the District of Colorado in violation of posted notices that campfires
5 were allowed only in developed sites and within steel fire rings provided by the Forest Service.
6 fire restrictions.

                                                    Respectfully Submitted,
                                                    SCOTT N. SCHOOLS
                                                    UNITED STATES ATTORNEY

Date: October 12, 2007

                                                    BLAKE D. STAMM
                                                    Assistant U.S. Attorney

** TOTAL PAGE.05 **

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 24/4 | F 1091623 | NIELSEN | 1331 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07-14-06 11:20p
Offense Charged: 36CFR261.52A
Place of Offense: Routt National Forest
Offense Description: Pursuant to 16USC551, 36CFR261.52A
Attending a Campfire

F 4091623

### DEFENDANT INFORMATION
Last Name: Peirce
First Name: Jeremy
Street Address: 108 Ulaks Blv
City: Loveland   State: CA   Zip Code: 90460
Drivers License No: T67-33-161614   CDL State: VT   Social Security No: 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
☐ Adult ☐ Juvenile   Sex: M   Eyes: Blu   Hair: Blond   Height: 5-10   Weight: 150   DOB: 12-24-78

### VEHICLE DESCRIPTION
Tag No: 248114   State: CA   Year: 89   Make: Ford   Model: SW   Color: OK J   VIN:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT →   $ 50 Forfeiture Amount
                    + $25 Processing Fee
                    $ 75 Total Collateral Due

### YOUR COURT DATE
United States Magistrate
US Courthouse, Room 323
402 Rood Avenue
Grand Junction, CO 81501

X [signature] Defendant Signature

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 14, 2006 while exercising my duties as a law enforcement officer in the Judicial District of Colorado,

In the Routt National Forest, along Forest Road 520, near Silver City Creek, I observed Jeremy D. PEIRCE attending a campfire in violation of the fire restrictions. Mr. PEIRCE passed by a sign as he entered the National Forest which stated that campfires were only allowed in developed sites and within steel fire rings provided by the Forest Service.

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 07-14-06   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on 10/10/06   [signature]
Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 7/31/2006 11:23:11

DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLORADO

'06 OCT 16 A 10: 5

Youngblood
1248581

| UNITED STATES OF AMERICA | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| - Pierce - vs. PETICE, JEREMY D  1084 LUKE BLVD LOMPICO, CA 90460  Defendant. | F4091623  4H  UNAUTHORIZED FIRE | 07/14/2006 |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____ $125.00 _____ may be Forfeited in Lieu of Appearance.

Date **October 12, 2006**

_____
United States Magistrate Judge
**HON GUDRUN J RICE**

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____   Title _____   District _____

Date _____   Signature _____



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| PETICE, JEREMY D<br><br>1084 LUKE BLVD<br>LOMPICO, CA 90460<br><br>Defendant. | F4091523<br>:4H<br><br>UNAUTHORIZED FIRE | 07/14/2006 |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ _____ $125.00 _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE
PHONE

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
### DISTRICT OF COLORADO

*DISTRICT OF COLORADO* (stamp)

*OCT 16 A 10 51* (stamp)

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| PETICE, JEREMY D | F409123 | 07/14/2006 |
| 1084 LUKE BLVD | 2 (H) | |
| LOMPICO, CA 90460 | | |
| Defendant. | UNAUTHORIZED FIRE | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ _____$125.00_____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

> PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS