## PROPOSED ORDER/COVER SHEET

**TO:**  **Honorable Edward M. Chen**  
**U.S. Magistrate Judge**

**RE:**  **PIERCE, JEREMY**

**FROM:**  **Claudette M. Silvera, Chief**  
**U.S. Pretrial Services Officer**

**DOCKET NO.:**  **3-07-70601 EMC**

**DATE:**  **October 19, 2007**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**BRAD T. WILSON**  
**U.S. Pretrial Services Officer Assistant**

**415-436-7511**  
**TELEPHONE NUMBER**

**RE:**  **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

_Provide copy to Judge Zimmerman_  
_below whom status is set for 11/13/07_

_____  
**JUDICIAL OFFICER**

10/23/07  
**DATE**

Cover Sheet